IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

04 MAR 24 PM 2:56

U.S. DISTRICT COURT
N.D. OF ALABAMA

LISA KILLINGSWORTH,

    Plaintiff.

v.

LOCAL 78 OF THE INTERNATIONAL
ALLIANCE OF THEATRICAL STAGE
EMPLOYEES,

    Defendant.

CIVIL ACTION NO.
03-0191-S



**ENTERED**

**MAR 24 2004**

## FINAL JUDGMENT

In conformity with the accompanying memorandum opinion and pursuant to the jury's answers to special interrogatories, constituting its verdict, and in tentative recognition of the limitations imposed by 42 U.S.C. § 1981a(b)(3), the motions of defendant, Local 78 of the International Alliance of the Theatrical Stage Employees, for judgment as a matter of law are DENIED, the motion of plaintiff, Lisa Killingsworth, for judgment as a matter of law is DEEMED MOOT, and judgment is hereby ENTERED in favor of plaintiff and against defendant in the sum of $50,000.00. The court makes no determination as to what portion of this judgment represents mental anguish and what portion represents punishment. All other claims for relief, except plaintiff's claim for attorney's fees, are DENIED.

    Costs are taxed against defendant.

29

DONE this  24th  day of March, 2004.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE